IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00479-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v

1. JUAN LOPEZ-HECTOR,

    Defendant,

## ORDER GRANTING DECREASE OF OFFENSE LEVEL

The Court having considered the motion by the United States of America to decrease the defendant's offense level by one additional level pursuant to United States Sentencing Guideline § 3E1.1(b), it is hereby

ORDERED that Government's Motion for Decrease for Acceptance of Responsibility is **GRANTED.**

Dated this 3rd day of October, 2008.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                UNITED STATES DISTRICT JUDGE